USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

# SABHARWAL & FINKEL, LLC

*Attorneys and Counselors at Law*
250 Park Avenue, 7th Floor
New York, New York 10177
Tel.: (646) 409-2789
Fax.: (929) 214-4060

December 23, 2019

*<u>Via ECF</u>*
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Navig8 Chemicals Asia Pte Ltd. v. Vedanta Limited**
16 Civ. 9799-LTS-KHP
**Chembulk Management Pte Ltd. v. Vedanta Limited et al**
16-cv-09827-LTS-KHP

We are counsel for the Defendant, Vedanta Limited, et al. ("Vedanta") in the above-captioned action. We write to request that the Court adjourn the Settlement Conference, presently scheduled for January 7, 2020, until January 31, 2019. The reason for this request is that counsel for Vedanta will be out of town from December 28, 2019 through January 15, 2020.

We have conferred with counsel for Vedanta, who consents to this request.

We thank Your Honor for your attention to and consideration of this matter.

Respectfully Submitted,

/s/ Adam Finkel

Adam Finkel

cc: Michael Unger, Esq. (via ECF)

---

**The settlement conference in this matter scheduled for Tuesday, January 7, 2020 is hereby converted to a telephone conference. In lieu of the settlement conference, counsel for the parties are directed to call Chambers for a telephonic conference on <u>January 7, 2020 at 10:00 a.m.</u> Please dial 212-805-0234 with counsel for all parties on the line.**

12/23/2019

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE